# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

DAVID A. HARPER,

       Plaintiff,

v.                                       CASE NO.  4:13-cv-459-MW/CAS

THE FLORIDA BAR, et al.,

       Defendants.

_____/

## ORDER ACCEPTING
## REPORT AND RECOMMENDATION

This Court has considered the Magistrate's Report and Recommendation, ECF No.9, filed October 23, 2013, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 12, filed November 5, 2013.  Upon consideration

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's amended complaint is **DISMISSED** for failure to state a claim upon which relief may be granted, the action is barred by the *Rooker-Feldman* doctrine, and the numerous judges and justices are entitled to absolute judicial immunity."

1

The Clerk shall close the file.

**SO ORDERED on November 8, 2013.**

                                          **s/Mark E. Walker**
                                          **United States District Judge**