IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DAVID A. HARPER,**

    **Plaintiff,**

**v.**                                                             **CASE NO. 4:13-cv-459-MW/CAS**

**THE FLORIDA BAR, et al.,**

    **Defendants.**

_____/

## ORDER DENYING EXPARTE MOTION
## TO ALTER OR AMEND ORDER

This Court has considered, without hearing, the Plaintiff's "Ex Parte Motion under F.R.C.P. 59(e) to Alter or Amend November 8, 2013, Order (Document 13) Which Dismissed Plaintiff's Amended Complaint and/or Motion Under F.R.C.P. 60(a) and (b) for Relief From Said Order," ECF No. 15, filed December 4, 2013.

The motion is **DENIED**. Plaintiff's arguments are without merit.

**SO ORDERED on December 10, 2013.**

                                                       **s/Mark E. Walker**
                                                       **United States District Judge**